10:50 AM **1-20-12821-cjf**    Ralph R. Rouse    *No appearance*
    Ch 13
    Trustee: Harring

# Eau Claire
  Moving:
  Opposing: *LBG*
**Debtor or Plaintiff Attorney:**                                                          ProSe / None
**Matter:** Order to Show Cause on why this case should not be dismissed for debtor[s] failure to pay the filing fee (Doc # 12)
**Private Comment**  The trustee has filed a Motion to Dismiss #14 LDRH 12/21/2020
**Judge Hearing Notes:**

OUTCOME:  Settled / Granted / **Denied** / W/D / Approved / Allowed / Disallowed / Sustained / Overruled / Dismissed

    Stip./Order by _____    X Order by Court

    Order Docket No. _____

    ____ Plan confirmed: ___Ch. 13 TR    ___Ch. 12 Atty.    ___Ch. 11 Atty. to submit proposed order confirming plan

DISMISSED: Order by _____  Stay dismissal for _____ days to:

    ___amend/modify plan    ___bring current    ___convert    ___file adv. proc.    ___ _____ [misc.]

SCHEDULE: TC   MSN   EAU   SUP   VIDEO   ZOOM   Date_____   Time_____   [Waive 30 ____]

    Parties agree that _____ [hours/days] will be sufficient to hear the matter & no continuances

    Issue Standard Pre-Hrg. Order [7/3] _____ [Yes/No]

    Changes: _____

OTHER: Motions/Briefs: _____

    ____ Under Advisement   Other: _____

___ORDER: For the reasons stated from the bench, *Case dismissed*
                              IT IS SO ORDERED:
✓ ECF                                                                               ___ cc: parties in interest
                                                                                    ___ cc: parties appearing

Hon. Catherine J. Furay, U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Western District of Wisconsin