**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: December 18, 2020**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | Case Number:  1−20−12821−cjf |
| Ralph R. Rouse | Chapter:   13 |
| Debtor(s). | |

### ORDER OF DISMISSAL

It appearing from the hearing held on 12/15/2020 at 10:50 AM, at the U.S. Bankruptcy Court, by telephone conference, Madison, Wisconsin, that the above−entitled case should be dismissed, it is hereby

ORDERED that the above−entitled case be, and hereby is, dismissed.

IT IS FURTHER ORDERED that all fees related to the above−entitled case are due and owing. Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###